

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2018

No. 04-18-00624-CV

Olivia Briones **RIOJAS**,
Appellant

v.

Elvira V. **CHAVEZ**, Independent Administrator of the Estate of Ruben G. Briones, Deceased,
Appellees

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2017PC3074
The Honorable Tom Rickhoff, Judge Presiding

# O R D E R

On September 26, 2018, after the reporter advised this court Appellant has not yet requested the record, we ordered Appellant to provide written proof to this court by October 26, 2018, that (1) the reporter's record has been requested and the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) Appellant is entitled to appeal without paying the reporter's fee.

We advised Appellant that if he failed to respond as ordered regarding the reporter's record, Appellant's brief would be due on October 26, 2018. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed the brief, a motion for extension of time to file the brief, or otherwise responded to our September 26, 2018 order.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court